Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**FILED**

~~UNITED STATES DISTRICT COURT~~
ALBUQUERQUE, NEW MEXICO

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

NOV 1 3 2023

MITCHELL R. ELFERS
CLERK

_____ Division

| | |
|---|---|
| GENEVA LANGWORTHY ) ) ) )<br>*Plaintiff(s)* )<br>*(Write the full name of each plaintiff who is filing this complaint.* )<br>*If the names of all the plaintiffs cannot fit in the space above,* )<br>*please write "see attached" in the space and attach an additional* )<br>*page with the full list of names.)* )<br>**-v-** )<br> )<br>COLFAX COUNTY SHERIFF, ) et )<br>*Defendant(s)* al )<br>*(Write the full name of each defendant who is being sued. If the* )<br>*names of all the defendants cannot fit in the space above, please* )<br>*write "see attached" in the space and attach an additional page* )<br>*with the full list of names.)* ) | Case No.  *23cv997 JFR*<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial:  *(check one)*  ☒ Yes  ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I.      The Parties to This Complaint

#### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Geneva Langworthy |
| Street Address | 41 Jaybird Lane |
| City and County | Ute Park, Colfax County |
| State and Zip Code | NM  87749 |
| Telephone Number | 701-770-2786 |
| E-mail Address | |

#### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name — COLFAX COUNTY SHERIFF

Job or Title *(if known)*

Street Address — 1413 S. 2nd St.

City and County — Raton, Colfax County

State and Zip Code — NM   87440

Telephone Number — 575-445-5561

E-mail Address *(if known)* — sheriffadmin@colfax.co.statenm

Defendant No. 2

Name — COLFAX COUNTY

Job or Title *(if known)*

Street Address — PO Box 98

City and County — Raton, Colfax County

State and Zip Code — NM   87740

Telephone Number

E-mail Address *(if known)* — mgore@colfax.co.state.nm

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[X] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.   28 cfr Section 35.150
Failure to Accommodate    (ADA)

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff,  *(name)* _____ , is a citizen of the State of *(name)* _____ .

    b.    If the plaintiff is a corporation

        The plaintiff,  *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,
and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant,  *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.     If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Monetary damages should be available from these entities for intentional discrimination

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Defendants failed to accommodate Plaintiff's disability, denying her access and participation, also denying Plaintiff effective communication

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. Prospective injunctive relief
2. Monetary damages

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        11/7/23

Signature of Plaintiff

Printed Name of Plaintiff        Geneva Langworthy

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

IN THE UNITED STATES DISTRICT COURT
FOR NEW MEXICO

| | |
|---|---|
| GENEVA LANGWORTHY | ) Case No. |
| Plaintiff, | ) |
| vs. | ) STATEMENT OF CLAIMS |
| COLFAX COUNTY, | ) |
| Defendant. | ) |

STATEMENT OF CLAIMS

**Background:**    The Plaintiff, Geneva Langworthy, is disabled. She suffers from osteoarthritis in her body, and from rheumatoid arthritis and in her hands. Ms. Langworthy has Post-Traumatic Stress Disorder and anxiety. She also has a reconstructed right knee, a Baker's cyst in her left knee, lumbago, and damage to her rotator cuffs.

Ms. Langworthy has been the victim of hate crimes against her due to her disability, by property owners in Ute Park, New Mexico. She has also been victimized by bias, denial of equal protection, and misconduct by the Colfax County Sheriff Department.

On April 24, 2023, Ms. Langworthy made a Reasonable Accommodation Request pursuant to Title II of the Americans with Disabilities Act, for provision of certain public records in electronic form. On April 27, 2023, the Colfax County

STATEMENT OF CLAIMS

Sheriff Dept. denied the accommodation request on the grounds of undue burden (whether financial or administrative was not specified). The County Sheriff failed to provide an alternate but equally-effective accommodation, as required by the Act.

**Short and Concise Statement of Claim:** "The Colfax County Sheriff Dept. failed to accommodate the rheumatoid arthritis of Plaintiff Langworthy, and failed to offer an alternate but equally-effective accommodation, thereby denying access and participation to the Plaintiff on the basis of her disabilities."

**Claims**:

**1.** Failure to accommodate: **28 CFR § 35.130 General prohibitions against discrimination**

(a) No qualified individual with a disability shall, on the basis of disability, be excluded from participation in or be denied the benefits of the services, programs, or activities of a public entity, or be subjected to discrimination by any public entity.

(b)

(1) A public entity, in providing any aid, benefit, or service, may not, directly or through contractual, licensing, or other arrangements, on the basis of disability—

(i) Deny a qualified individual with a disability the opportunity to participate in or benefit from the aid, benefit, or service;

(vi) Deny a qualified individual with a disability the opportunity to participate as a member of planning or advisory boards; - (vii) Otherwise limit a qualified individual with a disability in the enjoyment of any right, privilege, advantage, or opportunity enjoyed by others receiving the aid, benefit, or service.

(3) A public entity may not, directly or through contractual or other arrangements, utilize criteria or methods of administration—

(i) That have the effect of subjecting qualified individuals with disabilities to discrimination on the basis of disability;

(ii) That have the purpose or effect of defeating or substantially impairing accomplishment of the objectives of the public entity's program with respect to individuals with disabilities; or

(7)

(i)A public entity shall make reasonable modifications in policies, practices, or procedures when the modifications are necessary to avoid discrimination on the basis of disability, unless the public entity can demonstrate that making the modifications would fundamentally alter the nature of the service, program, or activity.

(e)

(f) A public entity may not place a surcharge on a particular individual with a disability or any group of individuals with disabilities to cover the costs of measures, such as the provision of auxiliary aids or program accessibility, that are required to provide that individual or group with the nondiscriminatory treatment required by the Act or this part.

**2.** Failure to provide alternate accommodation **28 CFR § 35.150 Existing facilities**

(a) General. A public entity shall operate each service, program, or activity so that the service, program, or activity, when viewed in its entirety, is readily accessible to and usable by individuals with disabilities.This paragraph does not—

(1) Necessarily require a public entity to make each of its existing facilities accessible to and usable by individuals with disabilities;

(2) Require a public entity to take any action that would threaten or destroy the historic significance of an historic property; or

(3) Require a public entity to take any action that it can demonstrate would result in a fundamental alteration in the nature of a service, program, or activity or in undue financial and administrative burdens. *In those circumstances where personnel of the public entity believe that the proposed action would fundamentally alter the service, program, or activity or would result in undue financial and administrative burdens, a public entity has the burden of proving that compliance with §35.150(a) of this part would result in such alteration or burdens.* The decision that compliance would result in such alteration or burdens must be made by the head of a public entity or his or her designee after considering all resources available for use in the funding and operation of the service, program, or

activity, and must be accompanied by a written statement of the reasons for reaching that conclusion. **If an action would result in such an alteration or such burdens, a public entity shall take any other action that would not result in such an alteration or such burdens but would nevertheless ensure that individuals with disabilities receive the benefits or services provided by the public entity.**

DEMAND FOR RELIEF

Under the Doctrine of Ex parte Young, Ms. Langworthy is entitled to request prospective injunctive relief from on-going violations of her federal rights.

Where intentional discrimination can be proven, the ADA allows for monetary damages to be awarded. Ms. Langworthy will be seeking monetary damages in addition to prospective injunctive relief.

Respectfully submitted by Geneva Langworthy on Nov. 1, 2023.

Geneva Langworthy

PO Box 151
Ute Park NM 87749
701-770-2786

STATEMENT OF CLAIMS

# COLFAX COUNTY SHERIFF'S OFFICE



LEONARD BACA JR., SHERIFF
CHRIS SCHEAR, UNDERSHERIFF

1413 SOUTH 2ND STREET
RATON, NEW MEXICO 87740
PHONE: (575) 445-5561
FAX: (575) 445-2988

**SENT VIA U.S. MAIL**                          **E-MAIL**

March 10, 2023,                                  BurntView@gmail.com

Geneva Langworthy

Ute Park, NM

RE: **All records pertaining to Geneva Langworthy, Towhee Lane, or Jaybird Lane Ute Park from 1998 to the Present.**

Dear Ma'am,

In response to your email requests dated March 7, 2023:

1. Under NMSA section 14-2-9(B), A custodian shall provide a copy of a public record in electronic format if the public record is available in electronic format and an electronic copy is specifically requested. However, a custodian is only required to provide the electronic record in the file format in which it exists at the time of the request. We only have paper copies and do not have these records in electronic format.

2. They can be copied per Colfax County Policy at one dollar per page.

3. I have provided you with all the documents that we have and responded to your request of the personnel on duty and all calls for the Colfax County Sheriff's office on September 8, 2022; in my previous responses, I have complied with your request, and I have no other documents or information to provide.

Sincerely,

Leonard M. Baca

Colfax County Sheriff

 Gmail

G Longworth <burntview@gmail.com>

---

## Reasonable Accommodation Requests

1 message

---

**G Longworth** <burntview@gmail.com>                                    Mon, Apr 24, 2023 at 12:22 PM
To: mgore@co.colfax.nm.us, sheriffadmin@co.colfax.nm.us

Colfax County:

My name is Geneva Langworthy. I am disabled and I own a residence in Colfax County.

I am writing with two Reasonable Accommodation Requests.

1. I require provision of all requested public records by electronic mail or other eletronic means. I am unable to handle paper copies because of rheumatoid arthritis in my hands. I requested all records pertaining to myself from the Colfax County Sheriff but they have refused to provide the requested records in a form which is accessible to me.

2. I require an interpreter in the Sheriff department who will be able to effectively communicate with me. The only contact person I have is Charmaine, and she ususally ignores my communications.

Title II of the Americans with Disabilties Act (28 CFR §35.160) requires effective communication between public entities and disabled persons. I have been denied effective communication with the sheriff dept. I require an interpreter.

I look forward to your prompt response. If Colfax County has a form or a procedure for making Reasonable Accommodation Requests, I am not aware of it. This written request services as my formal and official disability accommodation request.

Thank you,
G. Langworthy

# COLFAX COUNTY SHERIFF'S OFFICE



LEONARD BACA JR., SHERIFF
CHRIS SCHEAR, UNDERSHERIFF

1413 SOUTH 2ND STREET
RATON, NEW MEXICO 87740
PHONE: (575) 445-5561
FAX: (575) 445-2988

SENT VIA U.S. MAIL                                    E-MAIL

April 27, 2023                                        BurntView@gmail.com

Geneva Langworthy

Ute Park, NM, County of Colfax

RE: Reasonable Accommodation Requests

Dear Ma'am,

In response to your email request dated April 24, 2023:

"I require provision of all requested public records by electronic mail or other electronic means. I am unable to handle paper copies because of rheumatoid arthritis in my hands. I requested all records pertaining to myself from the Colfax County Sheriff but they have refused to provide the requested records in a form which is accessible to me."

1. Under NMSA section 14-2-9(B), A custodian shall provide a copy of a public record in electronic format if the public record is available in electronic format and an electronic copy is specifically requested. However, a custodian is only required to provide the electronic record in the file format in which it exists at the time of the request. We only have paper copies and do not have these records in electronic format. In my previous responses, I made all our documents available to you at the sheriff's office, which are responsive to your requests. A records custodian or public body is not required to compile information from the public body's records or otherwise create a new public record in response to a request under IPRA. I have complied with your request, and I have no other documents or information which are responsive to your requests.  The County considers its response to your, September 20, and October 4, 2022, requests to be complete.

2. They can be copied per Colfax County Policy at one dollar per page.

# COLFAX COUNTY SHERIFF'S OFFICE



LEONARD BACA JR., SHERIFF
CHRIS SCHEAR, UNDERSHERIFF

1413 SOUTH 2ND STREET
RATON, NEW MEXICO 87740
PHONE: (575) 445-5561
FAX: (575) 445-2988

"I require an interpreter in the Sheriff's Department who will be able to effectively communicate with me. The only contact person I have is Charmaine, and she ususally ignores my communications.

Title II of the Americans with Disabilities Act (28 CFR §35.160) requires effective communication between public entities and disabled persons. I have been denied effective communication with the sheriff dept. I require an interpreter."

3. After the review of this request by the Colfax County Attorney, the ADA is not applicable to the situation where the request causes undue burden to the County and where you can find an alternative way, such as through friends or relatives, to hold the paper copies for you. The County has been in the process of obtaining a budget to digitize its records which was approved by the last commission meeting on 04,25,2023, but it will take some time to digitalize its records fully. In the meantime, you can have a family member or friend help read paper copies as an alternative until the County can finish its digitalization process. The ADA applies only to the situation to help with a known disability, and it appears there is no issue with your hearing, and the Sheriff's office responds to phone calls and emails. The Colfax Sheriff's Office has always fostered effective communications with the public within the legal limits.

Sincerely,

Leonard M. Baca

Colfax County Sheriff

 **Gmail**

G Longworth <burntview@gmail.com>

## Request sheriff records
1 message

**G Longworth** <burntview@gmail.com>                                      Thu, Aug 3, 2023 at 5:58 AM
To: mgore@co.colfax.nm.us

Mr. Gore,

I have requested records from the Colfax County Sheriff, which they refuse to provide. The sheriff is trying to charge me for records. I made a Reasonable Accommodarion Request that the records be sent to me electromnically, because I have RA in my hands and have manual dexterity limitations. The sheriff said I should get someone else to hold the papers for me. That is a clear cut ADA violation. I will add it to the list of my civil rights violations when I sue the sheriff.

In the mean time, I still need the records I requested. I especially need the records from October of 2021 when a deputy terrorized me, as welll as all newer records, including the sheriff's failure to protect me when Graham Honnaker fired a shot at me in Ute Park in January. I would appreciate these being sent to me as soon as possible because I require them as exhibits.

In addition to violating the ADA and the Constitution, the sheriff is also violating the Inspection of Public Records Act.

Thank you for your courteous response. I am going to start cleaning house in Colfax County.

G. Langworthy

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff _COLFAX_
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _COLFAX_
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question *(U.S. Government Not a Party)*

☐ 2 U.S. Government Defendant

☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☒ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from Another District *(specify)*

☐ 6 Multidistrict Litigation - Transfer

☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
_Title II Americans with Disabilities Act_

Brief description of cause:
_Failure to Accommodate_

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _110,000_

CHECK YES only if demanded in complaint:

JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____  DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

LAUGHORTHY
Box 167
NM 87749

USPS TRACKING #

UNITED STATES
POSTAL SERVICE®

bel 400  Jan. 2013
90-18-000-7948

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 1 3 2023

MITCHELL R. ELFERS
CLERK

U.S. District Court
for New Mexico
333 Lomas Blvd NW
Albuquerque NM
87102

FIRST-CLASS

US POSTAGE

$ 0

